IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF MICHIGAN

SOPHIA POWERS, )
)
PLAINTIFF, )
) CIVIL ACTION NO. 2:23-cv-13274
VS. )
)
ZAUSMER, P.C. )
)
)
DEFENDANT. )
)

## NOTICE OF APPEARANCE

Carla D. Aikens, of the law firm CARLA D. AIKENS, P.L.C. hereby enters her appearance as counsel on behalf of Plaintiff Sophia Powers, in connection with the above-captioned matter.

Dated: March 13, 2024

/s/ *Carla D. Aikens*
Carla D. Aikens (P69530)
*Attorneys for Plaintiff*
615 Griswold, Suite 709
Detroit, MI 48226
Tel:     844-835-2993
Fax:     877-454-1680
carla@aikenslawfirm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective email addresses as directed on the pleadings on March 13, 2024, by:

/s/ Katarzyna Nowicki